DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
AUG 10 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
MISTY LEE BOREN ) Case No. 05-54108 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473095 for an unclaimed dividend in the amount of $13.23. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    MISTY LEE BOREN
    530 DOYLE RD #2
    SAN JOSE, CA 95129

Dated: August 04, 2010

                                              DEVIN DERHAM-BURK, TRUSTEE

Case: 05-54108    Doc# 37    Filed: 08/10/10    Entered: 08/16/10 14:29:56    Page 1 of 1
05-54108 ASW - Notice of Unclaimed Dividend